**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**JOHN BRAXTON**                                                                           **PLAINTIFF**

**VERSUS**                                         **CAUSE NO. 2:20-cv-00163-TBM-MTP**

**CHANNEL CONTROL MERCHANTS, LLC**                      **DEFENDANT**

<u>**JOINT STIPULATION OF DISMISSAL**</u>
*This joint submission is filed by Counsel for*
*Defendant, Channel Control Merchants, LLC,*
*with the consent of Counsel for Plaintiff.*

COMES NOW, Defendant, **CHANNEL CONTROL MERCHANTS, LLC,** by and through its attorney of record, and joined in by Plaintiff, **JOHN BRAXTON**, being all parties in this cause, and move this Honorable Court to dismiss the above-styled case with prejudice.

**WHEREFORE,** parties, **CHANNEL CONTROL MERCHANTS, LLC,** and **JOHN BRAXTON,** request this Honorable Court to dismiss the above-styled case against all parties with prejudice and each party to bear its own expenses. This Court will retain jurisdiction to enforce the terms of the settlement.

Respectfully Submitted, this 10th day of August, 2021.

                                                    /s/*Stacie E. Zorn*
                                                    Stacie E. Zorn (MSB #101225)
                                                    Attorney for Defendants

                                                    /s/ *Louis H. Watson, Jr.*
                                                    Louis H. Watson, (MSB# 101574)
                                                    Attorney for Plaintiff

*Prepared and presented by:*

STACIE E. ZORN, ESQ. (MSB #101225)
HEIDELBERG STEINBERGER, P.A.
711 DELMAS AVENUE
PASCAGOULA, MS 39567
TELEPHONE: 228-762-8021
FACSIMILE: 228-762-7589
E-MAIL: SZORN@HS-LAWFIRM.COM